IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

WILLIAM E. HAWKINS,

    Petitioner,

-vs-

UNITED STATES OF AMERICA,

    Respondent.                  No. 14-cv-491-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

**IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on May 5, 2014, Petitioner's claims are **DISMISSED** without prejudice.

                          NANCY J. ROSENSTENGEL,
                          CLERK OF COURT


                          BY:  s/*Caitlin Fischer*
                                 Deputy Clerk

Dated: May 5, 2014

Digitally signed by
David R. Herndon
Date: 2014.05.05
14:24:44 -05'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT